UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAE YOUN SHIM, HUA XUE, and JI TAEK KIM,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARTIN J. LAWLER, and LAWLER & LAWLER,<br><br>    Defendants. | Miscellaneous Action No. 1:19-mc-164<br><br>(Related to Civil Action No. 3:17-cv-04920 EMC, N.D. Cal.) |

**PLAINTIFFS' NOTICE OF MOTION TO QUASH SUBPOENAS ISSUED PURSUANT TO RULE 45 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of Christopher S. Hinton and the exhibits attached thereto, Declaration of Tae Youn Shim, Declaration of Hua Xue, Declaration of Ji Taek Kim, and the accompanying Memorandum of Law in support of this motion, Plaintiffs will move this Court on a date to be set by the Court, pursuant to Rule 45 of the Federal Rules of Civil Produce to quash the *subpoenas ad testificandum* issued to each of Jing Chen Hinton and Julia Yong-hee Park by Defendants.

Dated: April 4, 2019

Respectfully Submitted,

**THE HINTON LAW FIRM**

By: /s/ Christopher S. Hinton
  Christopher S. Hinton

  275 Madison Avenue, 34th Floor
  New York, New York 10016
  Telephone: (646) 723-3377
  Facsimile: (914) 530-2954
  Email: chinton@hintonlegal.com

  *Counsel for Defendants*